THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Damian Battle, Appellant.
 
 
 

Appeal from Aiken County
 Doyet A. Early, Circuit Court Judge 

Unpublished Opinion No. 2008-UP-233
 Submitted April 1, 2008  Filed April 15,
 2008

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of the Office of the Attorney General, of Columbia; and Solcitor Barbara
 R. Morgan, of Aiken, for Respondent.
 
 
 

PER CURIAM: 
 Damian Battle was convicted after a jury trial of distribution of
 marijuana and was sentenced to fifty-four months in prison. On appeal, Battle alleges the trial court erred by allowing the State
 to improperly bolster a witnesss testimony.  Battle did not file a pro se brief.  After a thorough review of the record and counsels brief pursuant to Anders
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels motion to
 be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., and PIEPER, J., and CURETON, A.J.,
 concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.